IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| IN RE: | CASE NO. 16-83491-CRJ-13 |
| --- | --- |
| Tommy Keith Wright | CHAPTER 13 |
| SS#: : XXX-XX-5844 | |
| DEBTOR | |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, Michael Ford, Standing Chapter 13 Trustee, in the above captioned case and states the following:

1. The Trustee is unable to administer the proposed Plan. The proposed Plan includes conflicting payment provisions.

2. The proposed fixed monthly payments provided for on the Debtor's Plan fail to amortize the secured claims during the term of the Plan.

WHEREFORE, the Trustee prays that the Court deny confirmation of the Debtor's plan, and order the Debtor to file an amended plan within 14 days after this confirmation hearing. If the Debtor fails to file an amended plan within 14 days, the Trustee prays the Court enter an order dismissing this Chapter 13 case.

RESPECTFULLY SUBMITTED, this the 3rd day of February 2017.

/s/ Michael Ford
MICHAEL FORD, TRUSTEE
P.O. BOX 2388
DECATUR, AL 35602-2388
(256)350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2017, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

| | |
|---|---|
| Tommy Keith Wright | JOSEPH BRITT, ESQ. |
| 106 Taylor Rd | LAW OFFICE OF JOSEPH BRITT |
| Florence, AL 35633-1348 | 91 HWY 72 |
| | KILLEN, AL 35645 |

    /s/ Michael Ford
    Michael Ford, Trustee