# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN THE MATTER OF:
Tommy Keith Wright               CASE NO. 16-83491-CRJ-13
                                  CHAPTER 13
SSN XXX-XX-5844
               DEBTOR

## TRUSTEE'S MOTION TO DISMISS

COMES NOW, Michele T. Hatcher, the Chapter 13 Trustee, and moves the Court to dismiss this case without further notice or hearing. As grounds for this motion the Trustee states as follows:

1. On November 08, 2021, the Court entered an order placing the Debtor on payment monitoring beginning November 2021 whereby if the Debtor fails to make a Plan payment to the Trustee during the month in which the payment becomes due, the Trustee is authorized to submit an order dismissing this case.

2. According to the Trustee's records, the Debtor failed to make a Plan payment to the Trustee for the month of November 2021.

3. Counsel for the Debtor was awarded a fee in the amount of $3,000.00, of which $3,000.00 has been paid as of the date of this Motion.

WHEREFORE, the Trustee prays that the Court enter an order dismissing this Chapter 13 bankruptcy case.

RESPECTFULLY SUBMITTED, this the 16th day of December, 2021.

                                  /s/ Michele T. Hatcher
                                  Michele T. Hatcher, Trustee
                                  P.O. Box 2388
                                  Decatur, AL  35602-2388
                                  256-350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on 16th day of December, 2021, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Tommy Keith Wright  
106 Taylor Rd  
Florence, AL  35633-1348

JOSEPH BRITT  
ATTORNEY AT LAW  
102 S COURT ST STE 506  
FLORENCE, AL  35630

/s/ Michele T. Hatcher  
Michele T. Hatcher, Trustee