## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

Tommy Keith Wright      }    **Case No: 16-83491-CRJ13**
SSN: XXX-XX-5844       }
   DEBTOR(S).         }
                        }
                        }

### ORDER

This matter came before the Court on Wednesday, January 05, 2022 01:00 PM, for a hearing on the following:

RE: Doc #53; Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

Proper notice of the hearing was given and appearances were made by the following:

Joseph  Britt, attorney for Tommy Keith Wright  (Debtor)
Michele T. Hatcher (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Trustee's Motion to Dismiss Case is APPROVED effective at the close of business on January 13, 2022 unless the Debtor converts to a Chapter 7 case prior to that date.

Dated: 01/05/2022                   /s/ CLIFTON R. JESSUP JR.

                                      CLIFTON R. JESSUP JR.

                                      United States Bankruptcy Judge